UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
Bais Yaakov of Spring Valley,
                Plaintiff,

v.

Richmond,

                Defendant.
------------------------------------------------X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

13 Civ. 4564 (CS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/13

The above entitled action is referred to the Hon. Paul E. Davison, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| | | ____ | SETTLEMENT |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | | |

Dated: December 17, 2013
       White Plains, New York

SO ORDERED:

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.