UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BAIS YAAKOV OF SPRING VALLEY,** on behalf of itself and all others similarly situated**,**

                Plaintiff,

-v.-

**RICHMOND, THE AMERICAN INTERNATIONAL UNIVERSITY IN LONDON, INC., and AMERICAN INSTITUTE FOR FOREIGN STUDY, INC.,**

                Defendants.

Civil Action

13 CV 4564 (CS)(PED)

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that the undersigned counsel for Plaintiff Bais Yaakov of Spring Valley hereby moves for an order: (1) granting permission to Plaintiff to file a Memorandum of Law in Support of a Motion for Final Approval of a Class Settlement that is 28½ pages in length; and (2) granting such further and other relief as this Court deems necessary and just.

Dated: White Plains, New York
        February 3, 2016

                                        Respectfully submitted,

                                        **BELLIN & ASSOCIATES LLC**

                                        By: /s/Aytan Y. Bellin
                                            Aytan Y. Bellin, Esq.
                                      White Plains, NY 10606
                                      Tel: (914) 358-5345
                                      Fax: (212) 571-0284
                                      aytan.bellin@bellinlaw.com

*Co-counsel for the Plaintiff Bais Yaakov of
Spring Valley and the settlement classes*

*Attorneys for Plaintiff Bais Yaakov of Spring Valley and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify, under the penalties of perjury, that this document filed through the ECF system, will be sent electronically to all counsel of record by the ECF system.

DATED: January 20, 2015

/s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.