UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAIS YAAKOV OF SPRING VALLEY, on behalf of
itself and all others similarly situated,

           Plaintiff,

    -vs.-

RICHMOND, THE AMERICAN INTERNATIONAL
UNIVERSITY IN LONDON, INC., and AMERICAN
INSTITUTE FOR FOREIGN STUDY, INC.,

           Defendants.

Case No. 13 CV 4564 (CS)(PED)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on February 10, 2016, or soon thereafter as counsel may be heard, the undersigned co-counsel for Plaintiff Bais Yaakov of Spring Valley will move before the Honorable Cathy Seibel, U.S.D.J., at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, Courtroom 321, White Plains, New York 10601, for an order: (1) granting final approval of the Settlement Agreement; (2) entering final judgment in this action; (3) approving an incentive award to Bais Yaakov of Spring Valley; (4) approving an award of attorneys' fees and expenses to Aytan Y. Bellin, Esq. and Roger Furman, Esq.; (5) approving a payment of class administration fees and expenses to the Garden City

1

Group, LLC; and (6) for such other and further relief as this Court shall deem just and proper.

Dated: White Plains, New York
        February 3, 2016

                              **BELLIN & ASSOCIATES LLC**

                              By: /s/Aytan Y. Bellin
                                  Aytan Y. Bellin, Esq.
                              White Plains, NY 10606
                              Tel: (914) 358-5345
                              Fax: (212) 571-0284
                              Aytan.Bellin@bellinlaw.com
                              Co-counsel for the Plaintiff Bais Yaakov of
                              Spring Valley and the Proposed Classes

## CERTIFICATE OF SERVICE

  I hereby certify, under the penalties of perjury, that this document filed through the ECF system, will be sent electronically to all counsel of record by the ECF system.

DATED: January ___, 2015

/s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.