

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/1/2016 | 00000 |
| **PERIOD START** | **THROUGH DATE** |
| Project Inception | 12/31/2015 |

Samuel Feldman, Esq.
Orloff, Lowenbach, Steifelman & Siegel, P.A.
101 Eisenhower Parkway, Suite 400
Roseland, NJ 07068-1097

| Project Name: | Yaakov v. The American International University in London et al. | | | |
|---|---|---|---|---|
| **Description** | | | | **Amount** |
| **Fees** | | | | |
| **Notice Dissemination** | | | | |
| Fax Notice Packet | | | | $3,800.00 |
| Printing of 1 pg. Notice | | | | $10,534.68 |
| Enter name and address records into database (hard copy) | | | | $35.10 |
| Remails | | | | $29.90 |
| Dissemination of CAFA Notice | | | | $4,445.00 |
| **Imaging, Document Management & Storage** | | | | |
| Sort Mail | | | | $778.50 |
| Prep Mail | | | | $352.00 |
| Scan Mail (per img.) | | | | $115.44 |
| Process undeliverables | | | | $392.00 |
| **Claim Validation** | | | | |
| Process Claims attaching faxes and/or with Signed Affidavits | | | | $143.45 |
| Process Claims/deficiency responses (web-filed) | | | | $98.55 |
| Handle & process exclusions | | | | $25.00 |
| **Contact Services** | | | | |
| Standard set-up and design | | | | $2,500.00 |
| IVR (per minute) | | | | $432.00 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | | | | $934.80 |
| Management of call center | | | | $678.50 |
| Handling of class member communications | | | | $925.50 |
| **Website Services** | | | | |
| Standard set-up and design | | | | $3,500.00 |
| Develop and Deploy On-line Claim Filing | | | | $3,500.00 |
| Monthly maintenance charge | | | | $400.00 |
| Website updates | | | | $212.50 |
| **Project Management** | | | | $15,901.00 |
| **Systems Support** | | | | $4,352.00 |
| **Quality Assurance** | | | | $80.00 |



# INVOICE

| Project Name: | Yaakov v. The American International University in London et al. | | | |
|---|---|---|---|---|
| **Description** | | | | **Amount** |
| <u>Fees</u> | | | | |
| **Total Fees** | | | | $54,165.92 |
| **Total Project Expenses (See Exhibit A)** | | | | $17,283.52 |
| **Grand Total** | | | | $71,449.44 |



# EXHIBIT A

| Project Name: Yaakov v. The American International University in London et al. ||
|---|---|
| **Description** | **Amount** |
| **Project Expenses** ||
| For the period: Project Inception through Dec 31, 2015 ||
| Postage | $13,149.72 |
| Stationery & Supplies | $1,803.83 |
| FedEx, Messenger & Shipping | $754.89 |
| PACER Charges | $14.60 |
| P. O. Box Rental/Renewal | $1,332.00 |
| Copy Charges | $19.30 |
| Domain Registration | $209.18 |
| **Total** | **$17,283.52** |

| **Please Remit To :** ||
|---|---|
| Garden City Group, LLC  1985 Marcus Avenue, Suite 200  Lake Success, NY 11042 | -Or- | Garden City Group, LLC  Operating A/C  Signature Bank  1225 Franklin Avenue  Garden City, NY 11530  ABA # - 026013576  A /C # - 1501168781  Tax ID # - 58-0506554  Swift Code - SIGNUS33 |



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/26/2016 | 00000 |
| PERIOD START | THROUGH DATE |
| 1/1/2016 | 6/30/2016 |

Samuel Feldman, Esq.
Orloff, Lowenbach, Steifelman & Siegel, P.A.
101 Eisenhower Parkway, Suite 400
Roseland, NJ 07068-1097

| Project Name: Yaakov v. The American International University in London et al. | | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Scan Mail (per img.) | | | $4.80 |
| **Claim Validation** | | | |
| Process Claims attaching faxes and/or with Signed | | | $38.00 |
| Process Claims/deficiency responses (web-filed) | | | $40.50 |
| **Contact Services** | | | |
| IVR (per minute) | | | $2,240.00 |
| CSR/Live Operator including transcriptions of | | | $4,750.00 |
| Management of call center | | | $2,250.00 |
| Handling of class member communications | | | $5,000.00 |
| **Website Services** | | | |
| Monthly maintenance charge | | | $1,200.00 |
| Website updates | | | $250.00 |
| **Distribution Services** | | | |
| Print & Mail Postcard Checks | | | $38,700.00 |
| Check Reissues | | | $3,900.00 |
| Data Enter Names & Addressess | | | $900.00 |
| Handle Undeliverable checks | | | $11,739.00 |
| **Project Management** | | | $12,025.00 |
| **Systems Support** | | | $9,500.00 |
| **Quality Assurance** | | | $3,500.00 |
| **Total Fees** | | | **$96,037.30** |
| **Total Project Expenses (See Exhibit A)** | | | **$25,687.58** |
| Less 10% Discount on Fees | | | ($9,603.73) |
| **Subtotal Project Fees and Expenses** | | | **$112,121.15** |
| Outstanding Balance Prior Invoice (Inception to Dec 2015) | | | $71,449.44 |
| **Grand Total** | | | **$183,570.59** |



# EXHIBIT A

| Project Name: | Yaakov v. The American International University in London et al. | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** <br> For the period: Jan 01, 2016 through June 30, 2016 | | |
| Postage | | $24,200.00 |
| Stationery & Supplies | | $80.58 |
| FedEx, Messenger & Shipping | | $75.00 |
| P. O. Box Rental/Renewal | | $1,332.00 |
| **Total** | | **$25,687.58** |

| **Please Remit To :** | | |
|---|---|---|
| Garden City Group, LLC <br> 1985 Marcus Avenue, Suite 200 <br> Lake Success, NY 11042 | -Or- | Garden City Group, LLC <br> Operating A/C <br> Signature Bank <br> 1225 Franklin Avenue <br> Garden City, NY 11530 <br><br> ABA #  - 026013576 <br> A /C # - 1501168781 <br> Tax ID # - 58-0506554 <br> Swift Code - SIGNUS33 |