JOEL D. SIEGEL*
LAURENCE B. ORLOFF*
STANLEY SCHWARTZ*
JEFFREY M. GARROD*
SANDERS M. CHATTMAN
SAMUEL FELDMAN*
EDMUND A. MIKALAUSKAS
SUSAN M. HOLZMAN*
WILLIAM J. ADELSON*
EUGENIA YUDANIN*
PHILIP C. CORBO*
ADAM M. HABERFIELD
CRAIG A. OLLENSCHLEGER
MATTHEW T. ASLANIAN

ORLOFF, LOWENBACH, STIFELMAN & SIEGEL
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

101 EISENHOWER PARKWAY - SUITE 400
ROSELAND, NEW JERSEY 07068-1097

(973) 622-6200   •   FAX: (973) 622-3073

43 WEST 43RD STREET - SUITE 179
NEW YORK, NEW YORK 10036-7424

www.olss.com

AZRIEL J. BAER*
DAVID GORVITZ*
LAURA N. WILENSKY*
XIAO SUN*
DEVIN A. COHEN*

OF COUNSEL
RALPH M. LOWENBACH*
FLOYD SHAPIRO

FRANK L. STIFELMAN
1937-2015

* MEMBER NJ & NY BARS

February 6, 2017

REFER TO FILE NO.

101717-001

**BY ECF**
Honorable Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601

   Re: Bais Yaakov of Spring Valley ("BY") v. Richmond, the American
      International University in London, Inc. and
      American Institute for Foreign Study, Inc. ("AIFS")
      Docket No. 13-cv-4564 (CS) (PED)

Dear Judge Seibel:

   Pursuant to the request to cancel received from Your Honor's Court Clerk, on behalf of defendant AIFS, we are pleased to report that the provisions of the Settlement Agreement have been satisfied by all parties under the terms of the Court approved Settlement Agreement. I am circulating a Stipulation and Order of Dismissal with prejudice, upon the filing of which the case will be officially concluded.

            Respectfully,

            */s/ Samuel Feldman*
            SAMUEL FELDMAN

SF/lam
cc: Aytan Bellin, Esq. (by ECF)
   Joan M. Gilbride, Esq. (by ECF)

3240563