UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAIS YAAKOV OF SPRING VALLEY, :
on behalf of itself and all others similarly
situated, :

                                Plaintiff,

  -against-

RICHMOND, THE AMERICAN
INTERNATIONAL UNIVERSITY IN
LONDON, INC. and AMERICAN INSTITUTE
FOR FOREIGN STUDY, INC.,

                                Defendants.

7:13 CV 4564 (CS)(PED)

**STIPULATION AND ORDER**
**OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/17

---

      Pursuant to the Class Action Settlement Agreement and Release approved by the Court on March 7, 2016 it is hereby stipulated and agreed that all claims by all parties and/or their respective counsel in above-captioned action are voluntarily dismissed, with prejudice and without costs against the defendants.

Dated: February 22, 2017

| | |
|---|---|
| BELLIN & ASSOCIATES<br>Attorneys for Plaintiff | ORLOFF, LOWENBACH, STIFELMAN<br>  STIFELMAN & SIEGEL, P.A.<br>Attorneys for Defendant American Institute<br>  for Foreign Study, Inc. |
| By:/s/*Aytan Y. Bellin*<br>    AYTAN Y. BELLIN | /s/*Samuel Feldman*<br>SAMUEL FELDMAN |

KAUFMAN BORGEEST & RYAN LLP
Attorneys for Defendant Richmond, The American
  International University in London, Inc.

By:/s/*Joan M. Gilbride*
    JOAN M. GILBRIDE

SO ORDERED:

*Cathy Seibel* 2/27/17
HON. CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.

3241588